

# Fourth Court of Appeals
## San Antonio, Texas

January 15, 2015

No. 04-14-00899-CV

Laura Leticia Zepeda **VASQUEZ**, Individually and on behalf of the Estate of Jose Abraham Vasquez,Jr.,
Appellant

v.

**LEGEND NATURAL GAS III, LP**; Legend Natural Gas, LLC; Lewis Energy Group, LP; and Lewis Petro Properties, Inc,
Appellees

From the 81st Judicial District Court, La Salle County, Texas
Trial Court No. 14-07-00119-CVL
Honorable Stella Saxon, Judge Presiding

## O R D E R

On December 23, 2014, this court ordered appellants to show cause why this appeal should not be dismissed for lack of jurisdiction because the order the appellants sought to appeal was a non-appealable interlocutory order. On January 8, 2015, appellants filed a response stating the trial court signed a new order on January 5, 2015, disposing of all parties and causes of action. Also on January 8, 2015, appellants filed an amended notice of appeal in response to the January 5, 2015 order. A supplemental clerk's record containing the order entered on January 5, 2015 was filed in this court on January 14, 2015. It is therefore ORDERED that this appeal is RETAINED on the docket of this court. The reporter's record must be filed in this appeal no later than March 6, 2015.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of January, 2015.

Keith E. Hottle
Clerk of Court